■ In the Matter of STEVE PAGAN, Also Known as STEVE RIVERA, Petitioner, v HERBERT ADLERBERG et al., Respondents. [639 NYS2d 880] —Application for a writ of prohibition denied, the cross-motions granted and the petition dismissed, without costs and without disbursements; related appeal to be perfected for the first week of the April term as indicated. No opinion. Concur—Rosenberger, J. P., Rubin, Kupferman, Nardelli and Tom, JJ.